**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

UNITED STATES OF AMERICA

    VS                                                                CASE NO.  3:05cr81-02/RV

SARAH A. TOLBERT

### REFERRAL AND ORDER

Referred to Senior Judge Roger Vinson on  September 29, 2005
Motion/Pleadings:  MOTION to Dismiss Indictment Against Defendant Sarah A. Tolbert
Filed by   United States                  on 9/29/2005         Doc.#     31
RESPONSES:

                                            on                       Doc.#
                                            on                       Doc.#

_____ Stipulated       _____ Joint Pldg.
_____ Unopposed        _____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

                                        s/Jerry Marbut
LC (1 OR 2)                  Deputy Clerk: Jerry Marbut

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this  29th   day of   September  , 2005, that:*
*(a) The relief requested is GRANTED.*
*(b) _____*

                                             /s/ *Roger Vinson*
                                               **ROGER VINSON**
                                         **Senior United States District Judge**